UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61140-BLOOM/VALLE

BLAKE TURIZO,
Individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

JIFFY LUBE INTERNATIONAL, INC., a
Delaware corporation,

        Defendant.
_____/

## *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

Defendant Jiffy Lube International, Inc. ("JLI")[1] files this Unopposed Motion for Extension of Time For the Parties to File a Joint Scheduling Report and Proposed Scheduling Order. In support, JLI states as follows:

1. Pursuant to the Court's May 6, 2019 order (D.E. 4) (the "Order"), the parties' Joint Scheduling Report and Proposed Order are due on June 11, 2019.

2. JLI contacted Plaintiff's counsel to confer on the Joint Scheduling Report and Proposed Order. In response, Plaintiff sent JLI a proposed Joint Scheduling Report on June 10, 2019.

3. Undersigned counsel requests an extension until June 25, 2019, for the parties to submit the Joint Scheduling Report and Proposed Order so that JLI's counsel may have sufficient time to review Plaintiff's proposal with JLI and confer with Plaintiff's counsel regarding edits.

---

[1] JLI is not a proper party to this action and will be moving for dismissal for lack of personal jurisdiction.

- 2 -

4. This extension would allow the parties to submit a more thorough and accurate Joint Scheduling Report and Proposed Order.

5. This Motion is filed for good cause and not for purposes of delay.

6. Plaintiff does not oppose the relief requested here.

For the foregoing reasons, JLI respectfully requests that the Court enter an order granting an extension of time until June 25, 2019 for the parties to file their Joint Scheduling Report and Proposed Scheduling Order.

### LR 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE

I certify that counsel for JLI has conferred with Plaintiff's counsel, who does not object to the relief sought here.

Dated: June 11, 2019.

Respectfully submitted,

By: /s/ *Daniel Alvarez Sox*
Edward M. Mullins, Esq.
Florida Bar No. 863920
Email: emullins@reedsmith.com
Brandon T. White, Esq.
Florida Bar No. 106792
Email: bwhite@reedsmith.com
Daniel Alvarez Sox
Florida Bar No. 108573
Email: dsox@reedsmith.com

**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0222
Facsimile: (786) 747-0299

## CERTIFICATE OF SERVICE

I certify that on June 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record, including:

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street
Ft. Lauderdale, FL 33301
Telephone: (954) 907-1136
Facsimile: (855) 529-9540
Email: jibrael@jibraellaw.com

*/s/ Daniel Alvarez Sox*
Daniel Alvarez Sox, Esq.