UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61140-BLOOM/VALLE

BLAKE TURIZO,
Individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

JIFFY LUBE INTERNATIONAL, INC., a
Delaware corporation,

        Defendant.
_____/

**[*PROPOSED*] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT**

THIS MATTER came on before the Court on Defendant Jiffy Lube International, Inc.'s ("JLI") Unopposed Motion for Extension of Time for Parties to File Joint Scheduling Report ("Motion"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

1.     The Motion is Granted.

2.     The Parties shall file their Joint Scheduling Report and Proposed Scheduling Order on or before June 25, 2019.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida, this _____ day of April 2019.

                                              _____
                                              **BETH BLOOM**
                                              UNITED STATES DISTRICT JUDGE

Copes furnished to:  All counsel of record.