UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:19-CV-61140**

BLAKE TURIZO, individually and on behalf of a
class of others similarly situated,

    Plaintiff,

v.

JIFFY LUBE INTERNATIONAL, INC.,

    Defendant.
_____/

***UNOPSED* MOTION FOR EXTENSION OF TIME
TO FILE JOINT SCHEDULING REPORT**

Plaintiff BLAKE TURIZO ("Plaintiff"), by and through undersigned counsel, files this Unopposed Motion for Extension of Time For the Parties to File a Joint Scheduling Report and Proposed Scheduling Order. In support, Plaintiff states as follows:

1.  On May 05, 2019, Plaintiff commenced the above captioned action, on a class action basis against Defendant JIFFY LUBE INTERNATIONAL, INC. ("Defendant"), alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 226 (the "TCPA"). *See* D.E. 1.

2.  On May 06, 2019, this Court issued an Order requiring the above captioned parties to file a Joint Scheduling Report and Proposed Order on or before June 11, 2019. *See* D.E. 4.

3.  On June 11, 2019, Defendant JIFFY LUBE INTERNATIONAL, INC. ("Defendant"), filed an unopposed Motion for Extension of Time for the Parties to file a Joint Scheduling Report and Proposed Scheduling Order. *See* D.E. 11.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

4.      On June 12, 2019, this Court granted Defendant's Motion for Extension of time, allowing the Parties until June 25, 2019, to file a Joint Scheduling Report and Proposed Scheduling Order. *See* D.E. 12.

5.      On June 19, 2019, Defendant filed a Motion to Dismiss for, among other things, lack of subject matter jurisdiction (the "Motion to Dismiss"). *See* D.E. 13.

6.      Pursuant to the Motion to Dismiss, Defendant raises issues which require the joinder of an additional and otherwise indispensable party, namely, the franchisee of Defendant that allegedly caused the communication in question that serves as the basis of Plaintiff's claims TCPA claim(s) Defendant.

7.      Due to the indispensable nature of Defendant's franchisee, as well as those other issues raised by Defendant in the Motion to Dismiss, on or before July 03, 2019, Plaintiff shall file his First Amended Complaint, wherein the appropriate franchisee of Defendant will be included as a co-defendant, as well as to address any pleading issues raised by the Motion to Dismiss.

8.      In light of Plaintiff's anticipated First Amended Complaint, as well as the indispensable nature of the appropriate franchisee of Defendant, Plaintiff, respectfully, requests an extension to file the Joint Scheduling Report and Proposed Scheduling order until August 08, 2019.

9.      The requested extension will allow Plaintiff, Defendant, and the soon-to-be-added co-Defendant, to appropriately coordinate, confer, and produce a more accurate and thorough Joint Scheduling Report and Proposed Scheduling Order. Further, this extension will allow Plaintiff appropriately effectuate service of process on the franchisee of Defendant in question.

10.     Defendant does not oppose the relief requested herein.

11.     This Motion for Extension is filed for good cause and not for purposes of delay.

Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

WHEREFORE, Plaintiff, respectfully, requests that this Court enter an Order granting an extension of time until August 08, 2019, for the Parties to file their Joint Scheduling Report and Proposed Scheduling Order.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel certifies that he has conferred with Defendant's counsel, who does not object to the relief sought here.

DATED: June 25, 2019

Respectfully Submitted,

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2019, the foregoing was electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259